# EXHIBIT B

# Daniel McFadden

| | |
|---|---|
| **From:** | foia@hq.dhs.gov |
| **Sent:** | Monday, January 14, 2019 12:14 PM |
| **To:** | Daniel McFadden |
| **Subject:** | Department of Homeland Security FOIA 2019-HQFO-00257 Acknowledgment |
| **Attachments:** | Ack - No Contract Number_Use FPDS_Decentralized.pdf |

Good Morning,

Attached is our acknowledgment of your DHS FOIA request.  If you need to contact this office again concerning your request, please provide the DHS reference number. This will enable us to quickly retrieve the information you are seeking and reduce our response time. This office can be reached at 866-431-0486.

Regards,

DHS Privacy Office
Disclosure & FOIA Program
STOP 0655
Department of Homeland Security
245 Murray Drive, SW
Washington, DC 20528-0655
Telephone:  1-866-431-0486 or 202-343-1743
Fax:  202-343-4011
Visit our [FOIA website](#)



**U.S. Department of Homeland Security**
Washington, DC 20528

*Privacy Office, Mail Stop 0655*

January 14, 2019

Dan McFadden

American Civil Liberties Union of Massachusetts
211 Congress Street

Boston, MA 02110

Re: **2019-HQFO-00257**

Dear McFadden:

This letter acknowledges receipt of your December 28, 2018, Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), for all purchase orders, invoices, RFPs, documentation of selection, sole source or limited source justification and approval documents, studies of cost, efficacy, and/or environmental impact, and other memoranda and documentation pertaining to the "contract" referenced in the Presidential tweet of December 24, 2018, stating "I am in the Oval Office & just gave out a 115 mile long contract for another large section of the Wall in Texas".  This office received your request on December 31, 2018.

After careful review of your FOIA request, we determined that your request is too broad in scope or did not specifically identify the records which you are seeking.  Records must be described in reasonably sufficient detail to enable government employees who are familiar with the subject area to locate records without placing an unreasonable burden upon the agency.  For this reason, 6 C.F.R. Part 5 §5.3(b) of the DHS FOIA regulations require that you describe the records you are seeking with as much information as possible to ensure that our search can locate them with a reasonable amount of effort.  In addition to the information provided, your request description should include the <u>specific DHS contract numbers of interest</u>.  If such contracts exist, you may find the associated contract numbers via the Federal Procurement Data System (FPDS), which is accessible from https://www.fpds.gov/fpdsng_cms/.  The FPDS allows for anyone to register and access records pertaining to all federal agency procurement actions, including the ability to run a variety of reports based on specified criteria.

Please be aware that DHS is decentralized and each DHS component has its own FOIA Officer.  If detailed information on a specific contract is desired, please contact the FOIA Officer at the funding component directly with the specific contract number(s).  A list of DHS disclosure contacts is available on our website from http://www.dhs.gov/foia-contact-information.

Please resubmit your revised request, containing a reasonable description of the records you are seeking, directly to the DHS component that maintains the record(s) you are seeking.  You

**www.dhs.gov**

should also provide a mailing address to which DHS may respond with any responsive records, if located.

If we do not hear from you within 30 days from the date of this letter, we will assume you are no longer interested in this FOIA request as it pertains to this office, and this case will be administratively closed.  Please be advised that this action is not a denial of your request and will not preclude you from filing other requests in the future.

Your request has been assigned reference number **2019-HQFO-00257**.  Please refer to this identifier in any future correspondence.  You may contact this office at our toll-free telephone number, 866-431-0486, or at 202-343-1743.

Sincerely,

James Holzer
FOIA Program Specialist