# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS
*Plaintiff*

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.
*Defendant*

Civil Action No.:
1:19-CV-10291-WGY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

U.S. Department of Homeland Security
245 Murray Lane SW
Washington, DC 20528

U.S. Customs and Border Protection
1300 Pennsylvania Ave., N.W.
Washington, DC 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alycia Kennedy, Esq.
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, MA 02110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT M. FARRELL
*CLERK OF COURT*

/s/ -- Taylor Halley
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2019-02-15 14:45:38.0, Clerk USDC DMA

Case 1:19-cv-10291-WGY   Document 3   Filed 02/15/19   Page 2 of 2

Civil Action No.: **1:19–CV–10291–WGY**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) US Dept of Hom. Sec. + US Customs + Border
was received by me on (date) 2-19-19.   c/o US Atty Generals Prot. office, Boston

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) Julia, receptionist, who is
designated by law to accept service of process on behalf of (name of organization) US Atty Generals office at 11:35 Am, at Moakley Court, 9th Floor on (date) 2-19-19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ —— for travel and $ 85 for services, for a total of $ 85–.

I declare under penalty of perjury that this information is true.

2-19-19
Date

Server's Signature

Jon Pollack - Process Server
Printed name and title

Server's Address

Additional information regarding attempted service, etc:

*Jon Pollack & Assoc*
279 E. CENTRAL ST, #222
FRANKLIN MA 02038