UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, and U.S. CUSTOMS AND BORDER PROTECTION, <br><br> *Defendants*. | Civil Action No.: 19-cv-10291-WGY |

## JOINT MOTION TO STAY CASE FOR 30 DAYS AND ADJOURN SCHEDULING CONFERENCE

The parties to this Freedom of Information Act ("FOIA") suit, by and through their undersigned counsel, hereby jointly move to stay the case for thirty (30) days, and to adjourn the Scheduling Conference current set for May 6, 2019.

As grounds, the parties state that they have made substantial progress toward resolving this case by agreement. The parties believe it likely that, within 30 days, the matter will either be dismissed, or the disputed issues will be substantially narrowed. The parties respectfully suggest that an order temporarily staying this matter, and adjourning the upcoming Scheduling Conference, is appropriate, as it will permit the parties to either resolve the matter or to substantially narrow the issues for the Court's consideration upon expiration of the stay.

In addition, the parties believe that because this case is brought pursuant to the FOIA, establishment of a schedule of deadlines for discovery is not currently necessary. The parties presently expect that this case would, like most FOIA cases, not involve discovery, and consistent

with typical FOIA practice will be resolved on cross-motions for summary judgment.[1]  Thus, if the merits of this case were to be litigated, the parties believe the most appropriate way forward would be to submit a joint schedule for summary judgment briefing.

Accordingly, the parties respectfully request that the Court stay further proceedings in this case for thirty days, and that the May 6, 2019 scheduling conference be adjourned.  They also respectfully request that as an alternative to the current scheduling obligations, the parties submit a status report and/or briefing schedule on May 31, 2019, if the matter is not already dismissed by that date.

---

[1] Plaintiff reserves its rights pursuant to Fed. R. Civ. P. 56(d).

Dated:  April 29, 2019						Respectfully submitted,

							JOSEPH H. HUNT
							Assistant Attorney General

							MARCIA BERMAN
							Assistant Branch Director
							Civil Division

							 /s/ *Peter M. Bryce*
							PETER M. BRYCE
							(IL Bar No. 6244216)
							Senior Counsel
							United States Department of Justice
							Civil Division, Federal Programs Branch
							1100 L Street, N.W., Rm 11220
							Washington, D.C. 20005
							Tel: (202) 616-8335
							Fax: (202) 616-8470
							E-mail: peter.bryce@usdoj.gov

							<u>Attorney for Defendants</u>

							*/s/ Daniel L. McFadden*
							Matthew R. Segal (BBO #654489)
							Daniel L. McFadden (BBO #676612)
							American Civil Liberties Union
							Foundation of Massachusetts, Inc.
							211 Congress Street
							Boston, MA 02110
							617-482-3170
							msegal@aclum.org
							dmcfadden@aclum.org


							Alycia M. Kennedy (BBO#688801)
							Todd & Weld LLP
							One Federal Street
							Boston, MA 02110
							(617) 720-2626
							akennedy@toddweld.com

							<u>Attorneys for Plaintiff</u>

## **LOCAL RULE 7.1 CERTIFICATION**

  I hereby certify that the parties have conferred regarding this motion and jointly seek the relief requested.

               _Peter M. Bryce_____

Dated:  April 29, 2019

## **CERTIFICATE OF SERVICE**

  I hereby certify that I served the foregoing document on all registered participants by filing it in the CM/ECF system.

               _Peter M. Bryce_____

Dated:  April 29, 2019