## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, and U.S. CUSTOMS AND BORDER PROTECTION,<br><br>*Defendants*. | Civil Action No.: 19-cv-10291-WGY |

### CERTIFICATIONS PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(d)(3), plaintiff American Civil Liberties Union of Massachusetts, Inc. ("ACLUM") confirms that ACLUM and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: April 29, 2019

Respectfully submitted,

Carol Rose
Executive Director
American Civil Liberties Union of Massachusetts, Inc.


*/s/ Daniel L. McFadden*
Matthew R. Segal (BBO #654489)
Daniel L. McFadden (BBO #676612)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
211 Congress Street
Boston, MA 02110
617-482-3170
msegal@aclum.org
dmcfadden@aclum.org


Alycia M. Kennedy (BBO#688801)
Todd & Weld LLP
One Federal Street
Boston, MA 02110
(617) 720-2626
akennedy@toddweld.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document on all registered participants by filing it in the CM/ECF system.

/s/ Daniel L. McFadden
Daniel L. McFadden