UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, and U.S. CUSTOMS AND BORDER PROTECTION, <br><br> *Defendants*. | Civil Action No.: 19-cv-10291-WGY |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, the American Civil Liberties Union of Massachusetts, and Defendants, the United States Department of Homeland Security and Customs and Border Protection, hereby stipulate and agree to dismiss of this action without prejudice, with each party to bear its own fees and costs.
.

Dated:  May 16, 2019                           Respectfully submitted,

                                              JOSEPH H. HUNT
                                              Assistant Attorney General

                                              MARCIA BERMAN
                                              Assistant Branch Director
                                              Civil Division

                                               /s/ *Peter M. Bryce*
                                              PETER M. BRYCE
                                              (IL Bar No. 6244216)
                                              Senior Counsel
                                              United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              1100 L Street, N.W., Rm 11220
                                              Washington, D.C. 20005
                                              Tel: (202) 616-8335
                                              Fax: (202) 616-8470
                                              E-mail: peter.bryce@usdoj.gov

                                              <u>Attorney for Defendants</u>

                                              */s/ Daniel L. McFadden*
                                              Matthew R. Segal (BBO #654489)
                                              Daniel L. McFadden (BBO #676612)
                                              American Civil Liberties Union
                                              Foundation of Massachusetts, Inc.
                                              211 Congress Street
                                              Boston, MA 02110
                                              617-482-3170
                                              msegal@aclum.org
                                              dmcfadden@aclum.org


                                              Alycia M. Kennedy (BBO#688801)
                                              Todd & Weld LLP
                                              One Federal Street
                                              Boston, MA 02110
                                              (617) 720-2626
                                              akennedy@toddweld.com

                                              <u>Attorneys for Plaintiff</u>

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served the foregoing document on all registered participants by filing it in the CM/ECF system.

                                      */s/ Peter M Bryce*_____
                                      Peter M. Bryce
Dated: May 16, 2019              Senior Counsel